**\*FOR PUBLICATION\***  \*JUDGMENT\*

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX
APPELLATE DIVISION

WAYNE JAMES,                )
                            )
    Appellant,              ) D.C. Civ. App. No. 2005/090
                            )
    v.                      ) Super. Ct. Civ. No. 1173/2005
                            )
VICTORIA HOUSE,             )
                            )
    Appellee.               )
_____)

On Appeal from the Superior Court of the Virgin Islands

Considered: June 15, 2007
Filed: March 5, 2009

BEFORE: **CURTIS V. GOMEZ**, Chief Judge, District Court of the Virgin Islands; **RAYMOND L. FINCH**, Judge of the District Court of the Virgin Islands; and **AUDREY L. THOMAS**, Judge of the Superior Court, sitting by designation.

ATTORNEYS:

**Natalie Nelson, Esq.**
St. Croix, U.S.V.I.
    *Attorney for Appellant,*

**Gerald Groner, Esq.**
St. Croix, U.S.V.I.
    *Attorney for Appellee.*

**JUDGMENT**

Per Curiam.

*Wayne James v. Victoria House*
D.C.Civ.App. No. 2005-090
JUDGMENT
Page 2

**Per Curiam.**

    **AND NOW**, for the reasons more fully stated in a Memorandum Opinion of even date, it is hereby

    **ORDERED** that the trial court's April 19, 2005 order is **AFFIRMED**.

    **SO ORDERED** this ___ day of March, 2009.

**ATTEST:**

**WILFREDO F. MORALES**
Clerk of the Court
By: _____
Deputy Clerk

**Copies (with accompanying Memorandum) to:**

Judges of the Appellate Panel

Natalie Nelson
Gerald Groner
Kim Bonelli
Nydia Hess